# UNITED STATES DISTRICT COURT

for the

Northern District of New York

Division

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 3 1 2025
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Albany

Case No. 1:25-cv-143 (AMN/PJE)

Peter Daly

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs *cannot fit in the space above, please write "see attached" in the space and attach an additional* page with the full list of names.)

-v-

John Michael Francis II,
Distributed Ledger, Inc. (See Attached)

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in *the space above, please write "see attached" in the* space and attach an additional page with the full list of names.)

Jury Trial: (check one)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Peter Daly |
| Street Address | 28 Labarge Street Front |
| City and County | Hudson Falls |
| State and Zip | New York 12839 |
| Telephone | (518) 538-0670 |
| E-mail Address | pdaly01@students.poly.edu |

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

(Continued)

BolsaDX Holdings Limited

Lisa Padget Arnold

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | John Michael Francis II |
| Job or Title (if | CEO BolsaDX; CEO Distributed Ledger |
| Street Address | 1008 Randall Avenue |
| City and County | Daphne, County of Baldwin |
| State and Zip | Alabama 36526 |
| Telephone | Unknown |
| E-mail Address | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | Distributed Ledger, Inc. |
| Job or Title (if | |
| Street Address | 1008 Randall Avenue |
| City and County | Daphne |
| State and Zip | Alabama 36526 |
| Telephone | (346) 223-0020 |
| E-mail Address | cryptoadmin@distributedledgerinc.com |

Defendant No. 3

| | |
|---|---|
| Name | BolsaDX Holdings Limited, AKA BolsaDX Exchange |
| Job or Title (if | |
| Street Address | 1008 Randall Avenue |
| City and County | Daphne |
| State and Zip | Alabama 36526 |
| Telephone | Unknown |
| E-mail Address | Unknown |

Defendant No. 4

| | |
|---|---|
| Name | Lisa Padget Arnold |
| Job or Title (if | |

| | |
|---|---|
| Street Address | 1008 Randall Avenue/500 Dryer Ave. |
| City and County | Daphne |
| State and Zip | Alabama 36526 |
| Telephone | Unknown |
| E-mail Address | Unknown |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, Peter Daly, is a citizen of the State State of New York.

b. If the plaintiff is a corporation

The ______

under the laws of the ______

and has its principal place of business in the State of (name) ______

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

a. If the defendant is an individual

The Defendant, John Michael Francis II, is

of a citizen of the state of Alabama.

______

b. If the defendant is a corporation

The ______

the laws of the ______

principal place of business in the

State of (name)

Or is incorporated under the laws of

(foreign nation)

and has its principal place of

business in (name)

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

______

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**SEE ATTACHED**

## IV. Relief **See Attached**

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

Dryer A

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**B. For Attorneys**

## III. Statement of Claim

The plaintiff herein, Peter Daly, is a resident of the State of New York. Mr. Daly resides at 28 LaBarge Street, Front Apartment, Hudson Falls, New York.

The Defendants herein, John Michael Francis II, Distributed Ledger, Inc. and BolsaDX Holdings Limited, also known as BolsaDX Exchange, have a principal place of residence and/or place of business at 1008 Randall Avenue, Daphne, Alabama 36526; and Lisa Padget Arnold has a principal place of residence and/or business at 500 Dryer Avenue, Daphne, Alabama 36526.

1. Before November 30, 2023 the portfolio of digital currencies in the account of plaintiff, Peter Daly, bearing email address pdaly01@students.poly.edu, showed a balance that included the following assets: Ripple XRP, SFP, FRONT, BEL, SCRT, BAND, TROY and BTC digital currencies.
2. On or before December 3, 2023 the portfolio of digital currencies in the account of Plaintiff, bearing email address pdaly01@students.poly.edu showed a balance of $0.00 and no assets. Deposits, withdrawals, transfers, trading activities and all other functions on BolsaDX Exchange were frozen and blocked to Plaintiff by all Defendants listed in this complaint responsible for these events. Defendants executed a new version of a scam called a "rug pull", referred to hereafter as the "John Michael Francis II rug pull".
3. On or before December 7, 2023 Plaintiff was able to login to the account and view a balance of $0.00 and no assets. On or before December 7, 2023 all Defendants blocked Plaintiff's access to "Support Center" and "Submit a Ticket" sites on BolsaDX website. Defendants froze the account and a complaint could not be filed or communicated directly to Defendants on the BolsaDX website. All Defendants, including Lisa Padget Arnold, failed in their duty, responsibility and a duty of good faith. Please note that Defendant L. Arnold was the only human being listed on the BolsaDX website. Any reasonable person would view this sole individual on the website as involved with BolsaDX, or perhaps a Principal, a Director or having binding importance in some other capacity.
4. On or before December 22, 2023, Defendants froze access to Plaintiff's account login and denied viewing only access. All access and functional use of the BolsaDX Exchange and website were frozen and blocked by Defendants. All Defendants, including Lisa Padget Arnold, failed, or failed by design in their duty, responsibility and a duty of good faith. Please note that Defendant L. Arnold was the only human being listed on the BolsaDX website. Any reasonable person would view this sole individual on the website as an involved person with BolsaDX, or perhaps a Principal, a Director or having binding importance in some other capacity. *Please note that the BolsaDX Exchange disappeared on or before December 22, 2023.*
5. Between November 30, 2023 and June 12, 2024 Plaintiff sent numerous emails and letters to Lisa Padget Arnold, BolsaDX Exchange and various government offices and agencies about the disappearance of assets, the frozen account and the disabled website that was removed before December 30, 2023. In addition to numerous emails, Plaintiff sent two letters via the U.S. Postal Service with returned receipts and a signature before December 30, 2023, but received no response to any form of communication. As of the date of this

## III. STATEMENT OF CLAIM (CONTINUED)

Statement, Plaintiff has received no response addressing the specific events stated above in items 1 through 5.

6. By reason of the facts and circumstances stated above, all Defendants listed in this complaint have violated an implied agreement with respect to the use of the digital (virtual) currency exchange known as BolsaDX. The failure to provide adequate supervision, oversight and corrective measures after being notified of the events described in items 1-5 in this complaint exemplifies precisely the abrogation of duty and nonfeasance to provide a secure, safe haven and venue when virtual currencies are used in any manner on the BolsaDX Exchange.
7. By reason of the facts and circumstances stated above, Plaintiff has been damaged by the disappearance of assets in an account on the BolsaDX Exchange in the amount of $916,730.69.
8. By reason of the facts and circumstances stated above in items 1-5, all Defendants named in this complaint have engaged in negligent conduct, criminal or otherwise; abrogated their responsibilities and duty; caused or actively triggered Plaintiff's assets to disappear from a BolsaDX Exchange account; failed to remedy the disappearance of Plaintiff's assets after notification of the events described in items 1-5 of this complaint; executed a "John Michael Francis II rug pull"; committed fraud. Due to the facts, circumstances and events stated in items 1-5, please know that Plaintiff has filed parallel criminal complaints with the Federal Bureau of Investigation, IC3, and the New York State Police.

## IV. Relief

### Damages

By reason of the facts, circumstances and events in the **Statement of Claim** above, Plaintiff requests damages in the amount of $916,730.69 for the disappearance of assets held in an account on the BolsaDX Exchange. The assets include Ripple XRP, SFP, FRONT, BEL, SCRT, BAND, TROY and BTC digital currencies.

The basis for damages includes cost, capital appreciation, research, management and well-being. Please know that the alleged wrongs continue at the present time, adversely affecting Plaintiff's health, financial viability and (diminished) quality of life, each of which underscores the deleterious effects caused by all Defendants named in this Complaint.

Further, the grossly negligent refusal on the part of Defendant(s) including John Michael Francis II, BolsaDX Holdings Ltd. And Lisa Padget Arnold to respond to numerous emails and letters regarding the John Michael Francis II rug pull and the disappearance of all assets in Plaintiff's account on the BolsaDX Exchange is a quintessential example of bad behavior and criminal conduct that tarnishes the reputation of the digital currency markets and its participants.

Damages incurred by Plaintiff are not limited to the Plaintiff. Damages are suffered indirectly by the Digital (Crypto) Currency industry to its reputation worldwide. In fact, all Defendants named in this Complaint have reinforced the perception of "anything crypto" as being described by language such as too risky, fraudulent, criminal, underworld, money laundering, et.al. The amount of punitive damages requested represents a fraction of the profits earned by Defendant John Michael Francis II as principal owner and Chief Executive Officer of BolsaDX Exchange.

### Punitive Damages

Punitive damages in the amount of $800,000 are requested to dissuade and deter similar misdeeds in the future. The alleged wrongs continue at the present time, including capital appreciation of originally owned assets Ripple XRP, SFP, FRONT, BEL, SCRT, BAND, TROY and BTC digital currencies that plaintiff is unable to secure, adversely affecting Plaintiff's health, financial viability and (diminished) quality of life, each of which underscores the deleterious effects caused by all Defendants named in this Complaint. The purpose of this request also attempts to dissuade and deter similar behavior by all Defendants named in this complaint, and to have a similar effect on other bad actors in the burgeoning digital currency markets and related blockchain technology. To date, Plaintiff has never received an explanation or response specifically addressing the facts, circumstances and events stated in items 1-5 in the **Statement of Claim.**

**WHEREFORE,** Plaintiff demands judgement against defendant in the sum of $1,716,730.69 , from November 30, 2023, costs and disbursements together with any other relief the Court finds to be just and proper.

Date

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**SEE ATTACHED**

---

## IV. Relief **See Attached**

---

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

Dryer A

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

1/31/25

Peter Daly

PETER DALY