**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____
                                                    :
PETER DALY,                                         :
                                                    :    25 Civ. 143 (AMN)(PJE)
                        Plaintiff,                  :
                                                    :
           v.                                       :    **NOTICE OF MOTION**
                                                    :
JOHN MICHAEL FRANCIS II, DISTRIBUTED                :
LEDGER, INC., BOLSADX HOLDINGS, LTD.,               :
and LISA PADGET ARNOLD,                             :
                                                    :
                        Defendants.                 :
                                                    :
_____:

PLEASE TAKE NOTICE that, upon the annexed Declaration of John Michael Francis, II, dated April 14, 2025, the Declaration of Lisa Padget Arnold, dated April 10, 2025 and the annexed Memorandum of Law, dated April 21, 2025, Defendants, by their attorneys, the Law Offices of Carole R. Bernstein, will move this Court before the Honorable Anne M. Nardacci, United States District Judge, at the United States District Courthouse, Northern District of New York, James T. Foley Courthouse, 445 Broadway Albany, N.Y. 12207, on a date and time to be determined by the Court, which is not less than 21 days from this Notice, for an order pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) dismissing Plaintiff's Complaint in its entirety on the grounds that the Court does not have personal jurisdiction of the Defendants and the Complaint fails to state claims for relief and granting such other and further relief to Defendants as the Court deems just and proper.

Dated: April 21, 2025
           Westport, Connecticut

                              LAW OFFICES OF CAROLE R. BERNSTEIN

                              By: _____/s/_____
                                        Carole R. Bernstein

2

Law Offices of Carole R. Bernstein
41 Maple Avenue North
Westport, Connecticut  06880
203-255-8698
N.D.N.Y. Bar No. 706148

and

178 East 80th Street, Suite 25D
New York, New York  10075

Attorneys for Defendants

TO:  Peter Daly
    28 LaBarge Street Fron
    Hudson Falls, New York  12839
    (via Federal Express and electronic mail pdaly01@students.poly.edu)

2