UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PETER DALY,

               Plaintiff,                    Case No.  25cv00143 (AMN)(PJE)

      v.                                    **DECLARATION OF**
                                         **J. MICHAEL FRANCIS IN**
                                       **SUPPORT OF**
                                       **MOTION TO DISMISS**

JOHN MICHAEL FRANCIS, II, BOLSADX
HOLDINGS, LIMITED,
DISTRIBUTED LEDGER, INC. and
LISA PADGET ARNOLD,

               Defendants.
-------------------------------------------------------------x

      J. MICHAEL FRANCIS, II, hereby affirms on penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

      1.     I am the Chief Executive Officer of Distributed Ledger, Inc., ("Distributed Ledger") the sole shareholder of BolsaDx Holding Ltd ("BolsaDx") named herein as "BolsaDx Holdings, Limited."

      2.     I have personal knowledge regarding the facts contained herein which is submitted in support of Defendants' motion to dismiss the Complaint.

      3.     I am a resident of the State of Alabama.  I live and work in Alabama.  I have never been employed in the State of New York.

      4.     BoldaDx, was founded in 2017 for buying, selling and trading digital assets, catering to the needs of Latin American traders from beginners to experts.  BolsaDX provided support and marketing services for crypto exchange back ends hosted by Binance, serving clients in Latin America.

5. BolsaDx was a company formed in March 2023 under the British Virgin Islands ("BVI") BVI Business Companies Act of 2004. A copy of the certificate of incorporation of BolsaDx is annexed hereto as Ex. A. A copy of the Memorandum of Association and Articles of Association of BolsaDx dated March 15, 2023 is annexed hereto as Ex. B.

6. BolsaDx is a partnership between Distributed Ledger and Microcoins Ltd. The exchange's primary goal is to empower Latin American users to participate in the global financial system by offering them a trustworthy and accessible platform for trading cryptocurrencies.

7. Binance is a global company that operates the largest cryptocurrency exchange in terms of daily trading volume of cryptocurrencies.

8. Binance is prohibited from operating in the United States dues to regulatory issues and is specifically unavailable to New York residents.

9. Binance advises that users should not use VPNs to access the platform, as this could lead to account suspension. Using a VPN may introduce security risks, as internet traffic is routed through a third-party server.

10. In order to be eligible to use BolsaDx's trading platform and related services, you must warrant that you are an authorized user. An authorized user is:

> an individual…with the full power, authority, and capacity to (1) access and use our Services and (2) enter into, deliver, and perform your obligations under these Terms. If you are an individual, you must be at least 18 years old and "[y]ou are NOT a U.S. Person. "**U.S. Person**" means any of the following: a citizen of the United States of America ("**U.S.**")…

11. Inasmuch as Plaintiff is a United States citizen and thus, not an "authorized user" of BolsaDx, I believe that Plaintiff violated the conditions of use by misrepresenting and disguising his

2

residence and citizenship through the use of a virtual private network ("VPN") in an attempt to improperly access and use BolsaDx.

12. BolsaDx's principal place of business was located in Tortola, BVI. BolsaDX does not have an office in the State of New York. BolsaDx's trading platform was located in Hong Kong.

13. Distributed Ledger is a corporation organized under the laws of the State of Texas. Its principal place of business is located in Texas. It does not have an office in the State of New York.

14. Neither BolsaDx nor Distributed Ledger have a branch, representative office, field office or subsidiary in the State of New York, nor they maintain any physical operations in New York.

15. BolsaDx is not incorporated or registered to do business in the State of New York and has no licenses to operate in New York.

16. Distributed Ledger is not incorporated or registered to do business in the State of New York and has no licenses to operate in New York.

17. Neither BolsaDx nor Distributed Ledger regularly transact business in the State of New York, nor do they offer products or services in New York. BolsaDx never held any United States currency or fiat of any kind.

18. Since United States citizens were not permitted to use BolsaDx's services, BolsaDx did not market or solicit to anyone inside the United States at any point.

19. Neither BolsaDx nor Distributed Ledger derive substantial revenue from commercial activities or services rendered in the State of New York.

3

20. Neither BolsaDx nor Distributed Ledger own, use, or possess any real property in the State of New York, nor do they have an address, phone number or fax number there.

21. Neither BolsaDx nor Distributed Ledger have any employees located in the State of New York.

22. BolsaDx and Distributed Ledger do not receive income or pay taxes in the State of New York.

23. BolsaDx and Distributed Ledger did not and do not conduct officer or board meetings in the State of New York.

24. Neither BolsaDx nor Distribtured Ledger maintain any bank accounts in the State of New York.

25. I do not own, use or possess any real property situated within the State of New York.

26. I do not regularly transact business in the State of New York.

27. I do not receive income or pay taxes in the State of New York.

28. I have never transacted business within the State of New York nor have I contracted to supply goods or services within the State of New. York.

29. I have never committed a tortious act within the State of New York, nor does the Complaint allege as such.

30. I have not committed a tortious act outside of the State of New York that has caused injury to a person or property within the State of New York, nor does the Complaint allege as such.

31. I do not solicit business regularly within the State of New York, nor do I engage in any persistent conduct within the State of New York.

4

32.    I do not derive substantial revenue from goods used or consumed or services rendered in the State of New York.

33.    I have not expected, nor should I have reasonably expected, my conduct which has not been alleged in the Complaint, to have consequences in the State of New York nor do I derive substantial revenue from interstate or international commerce.

34.    I do not have any bank accounts within the State of New York.

I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and based upon my personal knowledge.

Executed this 14th day of April, 2025, in Daphne, Alabama.

_____
JOHN MICHAEL FRANCIS, II