# EXHIBIT A

**TERRITORY OF THE BRITISH VIRGIN ISLANDS**
**BVI BUSINESS COMPANIES ACT, 2004**



10CC142CEC

## CERTIFICATE OF INCORPORATION
### (SECTION 7)

The REGISTRAR of CORPORATE AFFAIRS, of the British Virgin Islands HEREBY CERTIFIES, that pursuant to the BVI Business Companies Act, 2004, all the requirements of the Act in respect of incorporation having been complied with,

**BolsaDx Holdings Limited**

BVI COMPANY NUMBER: **2120074**

is incorporated in the BRITISH VIRGIN ISLANDS as a BVI BUSINESS COMPANY, this 15th day of March, 2023.



*for* **REGISTRAR OF CORPORATE AFFAIRS**
15th day of March, 2023