UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

PETER DALY,

        Plaintiff,

    -v-

JOHN MICHAEL FRANCIS, II, BOLSADX
HOLDINGS, LIMITED, DISTRIBUTED
LEDGER, INC. and LISA PADGET ARNOLD,

        Defendants.

-----------------------------------------------------------------x

Case No. 25cv0-0143(AMN)(PJE)

**DECLARATION OF
LISA PADGET ARNOLD
IN SUPPORT OF MOTION TO
DISMISS**

    LISA PADGETT ARNOLD, hereby affirms on penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

    1.    I am familiar with the facts contained herein which is submitted in support of Defendants' motion to dismiss the Complaint for lack of personal jurisdiction and for failure to state of claim.

    2.    I am the Chief Administrative Officer of JMF Solutions, Inc. ("JMF Solutions"). JMF Solutions is located in Daphne, Alabama.

    3.    JMF Solutions is an Alabama corporation. JMF Solutions is a 20-year-old telecommunications company that provides critical services including but not limited to data, VOIP, Cloud, Managed and Datacenter services to numerous business in the southeastern United States, including hospitals, state and local government agencies and many non-profit companies.

    4.    I am not employed, associated with or affiliated with BolsaDX or Distributed Ledger.

arising out of the scant allegations set forth therein.

I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and based upon my personal knowledge.

Executed this 1\_\_ day of April, 2025, in Daphne, Alabama.

LISA PADGETT ARNOLD

3