STATE OF CONNECTICUT      )

                            )    ss.:

COUNTY OF FAIRFIELD      )

CAROLE R. BERNSTEIN, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 years of age and reside in Westport, Connecticut.

On  April 21, 2025  I served one copy of the within **Notice of Motion to Dismiss, Declarations in Support with exhibits annexed thereto, Memorandum of Law and unpublished cases cited therein** on:

Peter Daly
28 LaBarge Street Front
Hudson Falls, New York 12839

the address designated for that purpose via Federal Express overnight delivery as well as electronic delivery to which he consented on 2/28/25.

                                 CAROLE R. BERNSTEIN

Sworn to before me this
_____ day of April 2025
_____
NOTARY PUBLIC

**NEIL D. HERBSMAN**
*NOTARY PUBLIC*
My Commission Expires May 31, 2028